STATE OF NEW JERSEY v. ANDREW WAITERS

September 24, 1970. Petition for Certification denied.

NEVA FARLOW v. ZONING BOARD OF ADJUSTMENT OF
HANOVER TOWNSHIP, *ET AL.*

September 24, 1970. Petition for Certification denied.

TOWNSHIP OF CRANFORD v. WILLIAM F. CRISSEY

September 24, 1970. Petition for Certification denied.

LEONARD R. EVERHART v. RAYMOND S. SNYDER, JR.

September 24, 1970. Petition for Certification denied.

CHARLES GROSS, *ET AL.*, v. BOARD OF COMMISSIONERS
OF THE TOWN OF NUTLEY, *ET AL.*

September 24, 1970. Petition for Certification denied.

RAFAEL GOMEZ v. RIDGE PARK, INC.

September 24, 1970. Petition for Certification denied.